# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ORTHO-McNEIL PHARMACEUTICAL, INC., )<br><br>Plaintiff and )<br>Counterclaim Defendant, )<br><br>v. )<br><br>MYLAN LABORATORIES INC. and )<br>MYLAN PHARMACEUTICALS INC., )<br><br>Defendants and )<br>Counterclaim Plaintiffs. ) | Civil Action No. 3:04-1689 (SRC)<br><br>RECEIVED<br>MAY 1 7 2006<br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |
| ORTHO-McNEIL PHARMACEUTICAL, INC., )<br><br>Plaintiff and )<br>Counterclaim Defendant, )<br><br>v. )<br><br>MYLAN LABORATORIES INC. and )<br>MYLAN PHARMACEUTICALS INC., )<br><br>Defendants and )<br>Counterclaim Plaintiffs. ) | Civil Action No. 3:06-757 (SRC) |

## ORDER OF CONSOLIDATION

In view of the parties' Joint Stipulation Regarding Consolidation (attached hereto and filed contemporaneously herewith), and for good cause shown;

IT IS on this 17th day of May, 2006;

**ORDERED** that Civil Action No. 3:04-1689 and Civil Action No. 3:06-757 are hereby consolidated for all purposes pursuant to Fed. R. Civ. Proc. 42(a), and it is further

{00436493.DOC}

**ORDERED** that the Final Pretrial Order (D.I. 58) and all amendments and supplements thereto, and all other pending pretrial and trial motions in Civil Action No. 3:04-1689 will also be deemed to refer to and include the Defendants' 50 mg topiramate tablet product, including but not limited to the stipulations regarding infringement at pages 9-10, paragraphs 32-34, of the Final Pretrial Order, and it is further

**ORDERED** that all papers and pleadings shall be filed in Civil Action No. 3:04-1689.

_____
HON. TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE